UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 26, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RANDY LEE COLLINS,

Defendant.

Case No. 2:19-CR-00156-JAM-2

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RANDY LEE COLLINS ,

Case No.  2:19-CR-00156-JAM-2  Charges  18 U.S.C. § 922(g)(1) , from custody for the following reasons:

____  Release on Personal Recognizance

____  Bail Posted in the Sum of $ _____

____  Unsecured Appearance Bond $ _____

____  Appearance Bond with 10% Deposit

____  Appearance Bond with Surety

____  Corporate Surety Bail Bond

X  (Other): Defendant sentenced to a term of imprisonment of time served.

Issued at Sacramento, California on January 26, 2021 at 10:40 AM

By: _____
District Judge John A. Mendez